# MINUTE ORDER

Page 10

## Magistrate Judge Lauren F. Louis

Date: 4/13/2021    Time: 1:30 p.m.

---

Defendant: **4)PEDRO MARRERO-SIMON**   J#: 36909-509   Case #: 21-CR-20218-SINGHAL

AUSA: Sean McLaughlin    Attorney: _____

Violation: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE    Surr/Arrest Date: 4/13/2021    YOB: 1959

Proceeding: Initial Appearance    **CJA Appt: *Dianne Carames, Esq.***

Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: _____

Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Defendant consented to appear via video

Defendant advised of rights and charges

Defendant sworn; CJA counsel appointed

Govt rec PTD based on risk of flight/ danger/community

*Brandy warning given*

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
**PTD Hearing:**    *4/16/21*    *10:00 a.m.*    *Duty/Miami*
**Arraignment:**    *4/27/21*    *10:00 a.m.*    *Duty/Miami*
Status Conference RE: _____
D.A.R. 15:03:25    Time in Court: 15 mins

s/Lauren F. Louis